IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

|  |  |  |
|---|---|---|
| MAURICE WALKER, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 4:15-cv-00170-HLM |
| CITY OF CALHOUN, GEORGIA, | ) | CLASS ACTION |
| Defendant. | ) | |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, NDGa., counsel for Plaintiff Maurice Walker state as follows:

**(1)    The undersigned counsel for Plaintiff certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

>   **Plaintiff**:     Maurice Walker, on behalf of himself and others similarly situated.
>
>   **Defendant**:  City of Calhoun, Georgia.

 (2)   The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

City of Calhoun.

(3)   The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| **For Plaintiff:** | Sarah Geraghty<br>Ga. Bar No. 291393<br>Ryan Primerano<br>Ga. Bar No. 404962<br>SOUTHERN CENTER FOR HUMAN RIGHTS<br>83 Poplar Street, NW<br>Atlanta, GA 30303<br>(404) 688-1202<br>(404) 688-9440 (facsimile)<br>sgeraghty@schr.org<br>rprimerano@schr.org<br><br>Alec Karakatsanis<br>D.C. Bar No. 999294<br>EQUAL JUSTICE UNDER LAW<br>916 G Street, NW<br>Suite 701<br>Washington, DC 20001<br>(202) 681-2409<br>alec@equaljusticeunderlaw.org |
| **For Defendant:** | Plaintiff is not aware of the identity of the attorneys who will be serving as counsel of record for Defendant. |

        Respectfully submitted,

        /s/ Sarah Geraghty
        Sarah Geraghty
        Ga. Bar No. 291393
        Ryan Primerano
        Ga. Bar No. 404962
        SOUTHERN CENTER FOR HUMAN RIGHTS
        83 Poplar Street, NW
        Atlanta, GA 30303
        (404) 688-1202
        (404) 688-9440 (facsimile)
        sgeraghty@schr.org
        rprimerano@schr.org

        Alec Karakatsanis
        D.C. Bar No. 999294[1]
        EQUAL JUSTICE UNDER LAW
        916 G Street, NW
        Suite 701
        Washington, DC 20001
        (202) 681-2409
        alec@equaljusticeunderlaw.org

September 8, 2015        *Counsel for Mr. Walker*[2]

---

[1] Pending admission *pro hac vice*.

[2] Counsel hereby certifies that this document has been prepared in compliance with Local Rule 5.1C using 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I do hereby certify that on September 8, 2015, I served the foregoing on counsel for the City of Calhoun, Georgia, by electronic mail and by depositing a true and correct copy thereof with the United States Postal Service, first-class postage prepaid, in an envelope addressed as follows:

Mr. George Govignon
City Attorney for the City of Calhoun
109 North Wall Street
Calhoun, GA 30703
govig@aol.com

/s/ Sarah Geraghty
Sarah Geraghty
