# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

MAURICE WALKER, on behalf of himself :
and others similarly situated,              :
                                             :

       Plaintiffs,                              :

v.                                                        :     Civil Action No.
                                             :     4:15-cv-00170-HLM

CITY OF CALHOUN, GEORGIA,          :

       Defendant.                              :
_____

## DEFENDANT CITY OF CALHOUN'S NOTICE OF APPEAL

Notice is hereby given that Defendant City of Calhoun, Georgia hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order granting Plaintiff's Motion for Preliminary Injunction [Doc. 4], entered on January 28, 2016 [Doc. 40]., and, to the extent the following Orders are properly reviewable:

Order Denying Defendant's Motion to Dismiss for Failure to State a Claim, or in the alternative, Motion for More Definite Statement [Doc. 28]; and

Order Granting Plaintiff's Motion to Certify Class [Doc. 41].

Respectfully submitted this 5th day of February, 2016.

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

/s/ J. Anderson Davis

J. ANDERSON DAVIS
Georgia Bar No. 211077
A. FRANKLIN BEACHAM III
Georgia Bar No. 043743
SAMUEL L. LUCAS
Georgia Bar No. 142305

P.O. Box 5007
Rome, Georgia  30162-5007
Phone:  (706) 291-8853
Fax:  (706) 234-3574
adavis@brinson-askew.com
fbeacham@brinson-askew.com
slucas@brinson-askew.com

*Attorneys for Defendant City of Calhoun, Georgia*

**CARLOCK, COPELAND & STAIR, LLP**

/s/ David F. Root

DAVID F. ROOT
Georgia Bar No. 614125
ABBY C. GROZINE
Georgia Bar No. 542723

*Attorneys for Defendant City of Calhoun, Georgia*

Carlock, Copeland & Stair, LLP
One Ninety One Peachtree Tower
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
(404) 522-8220
Fax (404) 523-2345
P. O. Box 56887
Atlanta, Georgia 30343-0887
droot@carlockcopeland.com
agrozine@carlockcopeland.com

52202.1

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this day filed the within and foregoing **Defendant City of Calhoun's Notice of Appeal** and with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following parties at interest:

> Alec Karakatsanis
> Ryan Primerano
> Sarah E. Geraghty
> *Attorneys for Plaintiff*

This 5th day of February, 2016.

By: /s/ *Abby C. Grozine*
ABBY C. GROZINE[1]
Georgia Bar No. 542723

---

[1] Counsel certifies that Defendant City of Calhoun's Notice of Appeal has been prepared with Times New Roman 14 point type, one of the font and point selections approved by the Court in Local Rule 5.1.

5430089v.1
52202.1