### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTER DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| MAURICE WALKER, on behalf of Himself and others similar situated, ) ) ) | |
| Plaintiffs, ) | Civil Action File No. |
| v. ) | 4:15-cv-170-HLM |
| ) | |
| CITY OF CALHOUN, GEORGIA, ) ) | |
| Defendant. ) | |

### **ENTRY OF APPEARANCE**

COMES NOW, George P. Govignon, as City Attorney for the City of Calhoun, Georgia and hereby notifies the Court and all parties of this Entry of Appearance on behalf of Defendant City of Calhoun, Georgia.

George P. Govignon, as City Attorney for the City of Calhoun, Georgia requests that the Court and all other parties include him on all filings, pleadings, and correspondence in this case and serve him at the address shown below"

> George P. Govignon
> Govignon Law Office
> 109 North Wall Street
> Calhoun, Georgia 30701

RESPECTFULLY SUBMITTED this the 28th day of March, 2016.

                By:     /s/ *George P. Govignon*
                          George P. Govignon
                          Georgia Bar No. 303290

                          *City Attorney for Defendant*
                          *City of Calhoun, Georgia*

Govignon Law Office
109 North Wall Street
Calhoun, Georgia 30701
*Office*   (706) 629-7070
*Fax*   (706) 629-7438

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Entry of Appearance** was served through the Court's CM/ECF system, which should deliver a copy to the following counsel of record:

Sarah Geraghty, Esq.<br>
Ryan Primerano, Esq.<br>
Southern Center for Human Rights<br>
83 Poplar Street, N.W.<br>
Atlanta, Georgia 30303<br>
<br>
Alec Karakatsanis<br>
Equal Justice Under Law<br>
916 G. Street, N.W.<br>
Suite 701<br>
Washington, D.C.  20001

This the 28th day of March, 2016.

By: /s/ *George P. Govignon*
George P. Govignon
Georgia Bar No. 303290

*City Attorney for Defendant*
*City of Calhoun, Georgia*

Govignon Law Office
109 North Wall Street
Calhoun, Georgia 30701
*Office*  (706) 629-7070
*Fax*     (706) 629-7438