# Brinson Askew Berry
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

Attorneys at Law

A. Franklin Beacham III
706.295.0571
fbeacham@brinson-askew.com

April 4, 2016

*Via email to Sam_Johnston@gand-uscourts.gov & U.S. Mail*

Mr. Sam Johnston, Deputy Clerk
The Honorable Harold Murphy, Judge
U.S. District Court, Rome Division
600 East First Street
Rome, Georgia 30161

      RE:   Leave of Absence for A. Franklin Beacham, III

Dear Mr. Johnson:

      Pursuant to Local Rule 83.1 E.(3) regarding leaves of absence less than 21 days, the undersigned hereby respectfully requests that the cases listed on Exhibit A not be placed on a hearing docket or calendar during the periods set forth below. The reason for my absence is vacation.

1. June 13, 2016 through June 20, 2016
2. September 12, 2016 through September 19, 2016

I appreciate the Court's consideration. Please contact me if you have any questions.

              Yours very truly,

              **BRINSON ASKEW BERRY**

              A. Franklin Beacham III

AFB/lma

# EXHIBIT "A"

| Case Name/Number | Judge/Court/District | Opposing Counsel |
|---|---|---|
| Peach State Labs, Inc. v. Illinois Union Insurance Company et al<br>Civil Action File No. 4:14-cv-00055-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Jennifer Ann Kennedy-Coggins<br>John L. Williams<br>Nadia Bugaighis<br>V. Morgan Carroll |
| Bishop v. Shorter University, Inc.<br>Civil Action File No. 4:15-cv-00033-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Andrew Lee Hagenbush<br>Bradley K. King<br>Rachel Soffin<br>Joel R. Rhine |
| FBS Investors, LLC v. Advanced Camouflage Technologies, LLC et al<br>Civil Action File No. 4:15-cv-00109-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Eric Scott Fredrickson<br>Matthew Scott Harman |
| Lovelady et al v. City of LaFayette, Georgia et al<br>Civil Action File No. 4:14-cv-00152-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Christopher Michael Harris<br>Clifton M. Patty, Jr.<br>David G. Archer<br>David N. Lockhart |
| PFLC, LLC v. Crypton, Inc.<br>Civil Action File No. 4:14-cv-00164-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Brantley Cole Rowlen<br>Bruce Allen Taylor, Jr.<br>Edward Hine, Jr.<br>Edward T. McAfee<br>Jackson Baldwin Harris<br>Jennifer E. Parrott<br>John Francis O'Brien, III<br>Richard J. Crowson<br>Virginia Barrow Harman |
| Harris et al v. Comfort Care Transportation Services, Inc. et al<br>Civil Action File No. 4:15-cv-00135-HLM-WEJ | Judge Harold L. Murphy and Judge Walter E. Johnson/Federal Court/Northern District | David Alan Cole<br>Penn A. Dodson<br>Timothy Holdsworth<br>John Adams<br>Patricia Lester<br>Rhonda Ingraham<br>Roger Stanfield |
| Walker v. City of Calhoun, Georgia<br>Civil Action File No. 4:15-cv-00170-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Abby C. Grozine<br>Alec Karakatsanis<br>David Frank Root<br>Ryan Primerano<br>Sarah E. Geraghty |
| Pearson v. Rome Gastroenterology Associates, Inc.<br>Civil Action File No. 4:15-cv-00225-HLM-WEJ | Judge Harold L. Murphy and Judge Walter E. Johnson/Federal Court/Northern District | Benjamin Andrew Stark<br>Victor Severin Roberts |
| Hawkins v. Comfort Care Transport Services, Inc. et al<br>4:15-cv-00243-HLM-WEJ | Judge Harold L. Murphy and Judge Walter E. Johnson/Federal Court/Northern District | Randolph Scott Jackson, Jr. |
| Kimberly Sierra v. Comfort Care Transport Services, Inc. and Linda Kenney<br>Civil Action File No. 4:16-cv-00031-HLM-WEJ | Judge Harold L. Murphy and Judge Walter E. Johnson/Federal Court/Northern District | R. Scott Jackson, Jr.<br>John McCown |