

# Brinson Askew Berry
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

Attorneys at Law

J. Anderson Davis
706.295.0566
adavis@brinson-askew.com

April 5, 2016

*Via email to <u>Sam_Johnston@gand-uscourts.gov</u> & U.S. Mail*

Mr. Sam Johnston, Deputy Clerk
The Honorable Harold Murphy, Judge
U.S. District Court, Rome Division
600 East First Street
Rome, Georgia 30161

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Rome

APR 0 7 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

RE: Leave of Absence for J. Anderson Davis

Dear Mr. Johntson:

Pursuant to Local Rule 83.1 E.(3) regarding leaves of absence less than 21 days, the undersigned hereby respectfully requests that the cases listed on Exhibit A not be placed on a hearing docket or calendar during the periods set forth below. The reason for my absence is I will be taking a group of Scouts to Philmont Scout Ranch, Cimarron, New Mexico.

1. June 10, 2016 through June 27, 2016

I appreciate the Court's consideration. Please contact me if you have any questions.

Yours very truly,

J. ANDERSON DAVIS

JAD/cmr
Enclosure

# EXHIBIT "A"

| Case Name/Number | Judge/Court/District | Opposing Counsel |
|---|---|---|
| Peach State Labs, Inc. v. Illinois Union Insurance Company et al<br>Civil Action File No. 4:14-cv-00055-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Jennifer Ann Kennedy-Coggins<br>John L. Williams<br>Nadia Bugaighis<br>V. Morgan Carroll |
| Bishop v. Shorter University, Inc.<br>Civil Action File No. 4:15-cv-00033-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Andrew Lee Hagenbush<br>Bradley K. King<br>Rachel Soffin<br>Joel R. Rhine |
| FBS Investors, LLC v. Advanced Camouflage Technologies, LLC et al<br>Civil Action File No. 4:15-cv-00109-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Eric Scott Fredrickson<br>Matthew Scott Harman |
| Lovelady et al v. City of LaFayette, Georgia et al<br>Civil Action File No. 4:14-cv-00152-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Christopher Michael Harris<br>Clifton M. Patty, Jr.<br>David G. Archer<br>David N. Lockhart |
| The Family Crisis Center of Walker, Dade, Catoosa and Chattooga Counties v. HIBU, Inc.<br>Civil Action File No. 4:16-cv-0050-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Bobby Lee Cook<br>A. Holley Strawn<br>Ranse M. Partin<br>Alyssa Baskam |
| Walker v. City of Calhoun, Georgia<br>Civil Action File No. 4:15-cv-00170-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Abby C. Grozine<br>Alec Karakatsanis<br>David Frank Root<br>Ryan Primerano<br>Sarah E. Geraghty |
| Lisa Renee Brown v. Elaine Snow, Individually and in her official capacity as Chief of the Rome Police Department, and City of Rome, Georgia<br>Civil Action File No. 4:15-cv-0024-HLM | Judge Harold L. Murphy/Federal Court/Northern District | Matthew Gebhardt<br>Ronald R. Womack<br>Steven M. Rodham<br>Wade C. Hoyt, III |
| Patrick Seaborn Zimmerman, a/k/a Patrick Zinnermon v. The City of Rome, et al. | Judge Harold L. Murphy/Federal Court/Northern District | Stephen B,. Caldwell<br>John B. Merchant<br>Ashleigh B. Merchant<br>David G. Archer<br>Ronald R. Womack |

79290.1