IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-13139-V

MAURICE WALKER,
on behalf of himself and others similarly situated,

                Plaintiff - Appellee,

versus

CITY OF CALHOUN, GA,

                Defendant - Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

Amicus Curiaes' Motion for leave to participate in oral argument on the side of Appellant, City of Calhoun, GA is GRANTED.

                DAVID J. SMITH
          Clerk of the United States Court of
           Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION